1  NICHOLAS F. REYES, SBN #102114
   Law Offices of Nicholas F. Reyes
2  1107 "R" Street
   Fresno, CA 93721
3  Telephone: (559) 486-4500
   Facsimile: (559) 486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorneys for Defendants
   JUAN MORALES-BRAMBILA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | **CASE NO. 1:15-CR-00207-AWI-BAM – (01)**
11 |                   Plaintiff,      | **STIPULATED ORDER MODIFYING**
   |                                   | **RELEASE CONDITIONS PERMITTING**
12 |          v.                       | **DEFENDANT'S ATTENDANCE OF**
   |                                   | **FAMILY FUNCTION ON**
13 | JUAN MORALES-BRAMBILA,            | **SEPTEMBER 6, 2015; ORDER**
14 |                   Defendant.      |

15

16          Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record,

17 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through

18 its counsel of record, KIMBERLY SANCHEZ, Assistant United States Attorney for the

19
   Eastern District of California, hereby stipulate as follows:
20

21          WHEREAS, the parties are in agreement and request this Court approve the

22 following stipulation:
23

24          IT IS HEREBY STIPULATED:

25          Defendant, JUAN MORALES-BRAMBILA, presently on pretrial release

26 Conditions including a CURFEW restriction to his residence from 8:00p.m. to 6:00a.m.,

27 shall be permitted to attend a family wedding function on September 6, 2015 in Clovis,
28

California.  Defendant's curfew is extended to 11:00p.m. to 6:00a.m. for September 6, 2015, only.  All other pretrial release conditions shall remain in effect.   Pretrial Services Officer Ryan Beckwith has been advised of this request and has no opposition.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September 1, 2015                     /s/ Nicholas F. Reyes
                                                NICHOLAS F. REYES, ESQ.
                                                Attorney for Defendant

IT IS SO STIPULATED.

Dated: September 1, 2015                     /s/ Kimberly Sanchez
                                                  KIMBERLY SANCHEZ
                                                Assistant United States Attorney

## ORDER

WHEREAS, the parties are in agreement and stipulated as follows:

**IT IS HEREBY ORDERED AS FOLLOWS**:

Defendant, JUAN MORALES-BRAMBILA, presently on pretrial release conditions including curfew hours of 8:00p.m. to 6:00a.m., shall be permitted to attend a family wedding function on September 6, 2015 in Clovis, California.  The defendant is required to be in his home by 11 PM on the date of the wedding and he is not allowed to leave again until 6 AM the following morning. The third party custodian shall accompany defendant.  All other pretrial conditions shall remain in effect.

IT IS SO ORDERED.

Dated:   **September 1, 2015**             /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE