1  NICHOLAS F. REYES, SBN #102114
   Law Offices of Nicholas F. Reyes
2  1107 "R" Street
   Fresno, CA 93721
3  Telephone: (559) 486-4500
   Facsimile:  (559) 486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorneys for Defendant
   JUAN MORALES BRAMBILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NO. 1:15-CR-207-DAD-BAM** |
| Plaintiff, | **STIPULATED ORDER MODIFYING RELEASE CONDITIONS PERMITTING DEFENDANT TO TRAVEL TO FUNERAL** |
| v. | |
| JUAN MORALES BRAMBILA | |
| Defendant. | |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, the parties are in agreement and request this Court approve the following stipulation:

IT IS HEREBY STIPULATED:

Defendant, JUAN MORALES-BRAMBILA, presently on pretrial release Conditions including home detention and GPS monitor, shall be permitted to travel to

Los Angeles, California on Thursday, September 1, 2016 and return on Friday night, September 2, 2016 by midnight. Travel is for the purpose of attending his uncle's funeral. Defendant shall at all times be accompanied by his mother, Dolores Brambila. All other pretrial release conditions shall remain in effect. The Pretrial Services Officer has been advised of this request.

IT IS SO STIPULATED.                         Respectfully Submitted,

Dated: September 1, 2016                     /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES, ESQ.
                                             Attorney for Defendant

IT IS SO STIPULATED.

Dated: September 1, 2016                     /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant United States Attorney

## ORDER

WHEREAS, the parties are in agreement and stipulated as follows:

**IT IS HEREBY ORDERED AS FOLLOWS**:

Defendant, JUAN MORALES-BRAMBILA, presently on pretrial release conditions including travel restrictions, and GPS monitor, shall be permitted to travel to Los Angeles, California on September 1, 2016 and return on Friday, September 2, 2016 by midnight. All other pretrial conditions shall remain in effect.

IT IS SO ORDERED.

Dated:  **September 1, 2016**                /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE