# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 08 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:15-CR-00207-DAD-BAM
Juan Morales-Brambila )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Juan Morales-Brambila__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the following condition of release: The defendant shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. Curfew: You are restricted to your residence every day from 8:00 pm to 6.00 am, or as adjusted by the Pretrial Services office or supervising officer.

All previous ordered conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Juan M_    _6-1-17_                          _[signature]_    _06/01/2017_
Signature of Defendant    Date                Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                _6-7-17_
Signature of Assistant United States Attorney                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                _6-7-17_
Signature of Defense Counsel                                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _6/8/2017_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                                _6/8/2017_
Signature of Judicial Officer                                Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services