| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| 2 | LAW OFFICES OF NICHOLAS F. REYES<br>1107 R STREET |
| 3 | FRESNO, CA 93721<br>Telephone: 559-486-4500 |
| 4 | Facsimile: 559-486-4533<br>Email: nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant |
| 6 | JUAN MORALES-BRAMBILA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00207-DAD-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER<br>TO CONTINUE SENTENCING |
| v. | |
| JUAN MORALES-BRAMBILA, | |
| Defendant. | |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, July 30, 2018, at 10:00 a.m. be continued to Monday, August 27, 2018 at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

**IT IS SO STIPULATED**

                                                      Respectfully submitted,

Dated: 07/10/2018                             /s/ Nicholas F. Reyes
                                                           NICHOLAS F. REYES
                                                           Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 07/10/18                                  /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for January 30, 2018, is continued until April 27, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 10, 2018**                         _____
                                                 UNITED STATES DISTRICT JUDGE