NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JUAN MORALES-BRAMBILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00207-DAD-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION AND AMENDED ORDER TO CONTINUE SENTENCING |
| v. | |
| JUAN MORALES-BRAMBILA, | |
| Defendant. | |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, July 30, 2018, at 10:00 a.m. be continued to Monday, August 27, 2018 at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

**IT IS SO STIPULATED**

                                      Respectfully submitted,

Dated: 07/10/2018                   /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated:07/10/18                              /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

## AMENDED ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for January 30, 2018, is continued until **August 27, 2018,** at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 11, 2018**                 _____
                                            UNITED STATES DISTRICT JUDGE