| | |
|---|---|
| NICHOLAS F. REYES, #102114<br>LAW OFFICES OF NICHOLAS F. REYES<br>1107 R STREET<br>FRESNO, CA 93721<br>Telephone: 559-486-4500<br>Facsimile: 559-486-4533<br>Email: nfreyeslaw@gmail.com<br><br>Attorney for Defendant<br>JUAN MORALES-BRAMBILA | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUAN MORALES-BRAMBILA,<br><br>            Defendant. | CASE NO. 1:15-CR-00207-DAD<br><br><u>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER</u> |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, August 27, 2018, at 10:00 a.m. be continued to Monday, October 29, 2018 at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

**IT IS SO STIPULATED**

                                                                        Respectfully submitted,

Dated: 08/21/2018                               /s/ Nicholas F. Reyes
                                                                       NICHOLAS F. REYES
                                                                       Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 08/21/18  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for August 27, 2018, is continued until October 29, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**August 21, 2018**__  _____
UNITED STATES DISTRICT JUDGE