```
 1  NICHOLAS F. REYES, #102114
    LAW OFFICES OF NICHOLAS F. REYES
 2  1107 R STREET
    FRESNO, CA 93721
 3  Telephone:  559-486-4500
    Facsimile:  559-486-4533
 4  Email:  nfreyeslaw@gmail.com

 5  Attorney for Defendant
    JUAN MORALES-BRAMBILA
 6
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00207-DAD |
|---|---|
| Plaintiff, | <u>STIPULATION TO CONTINUE SENTENCING AND ORDER</u> |
| v. | |
| JUAN MORALES-BRAMBILA, | |
| Defendant. | |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, October 29, 2018, at 10:00 a.m. be continued to Monday, January 14, 2019, at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

Good cause exists for this continuance as the parties require additional time to resolve the formal objection issues and other issues which materially affect the parties sentencing posture.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/25/2018                                /s/ Nicholas F. Reyes
                                                 NICHOLAS F. REYES
                                                 Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 10/25/18                               /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for October 29, 2018, is continued until January 22, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 25, 2018**

UNITED STATES DISTRICT JUDGE