| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| 2 | LAW OFFICES OF NICHOLAS F. REYES<br>1107 R STREET |
| 3 | FRESNO, CA 93721<br>Telephone: 559-486-4500 |
| 4 | Facsimile: 559-486-4533<br>Email: nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant |
| 6 | JUAN MORALES-BRAMBILA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  | CASE NO. 1:15-CR-00207-DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | |
| JUAN MORALES-BRAMBILA, | |
| Defendant. | |

Defendant, JUAN MORALES-BRAMBILA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, March 4, 2019, at 10:00 a.m. be continued to Monday, August 26, 2019, at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

Good cause exists for this continuance as all parties in this matter would benefit from a sentencing date close in time since all defendants have similar facts, age, and lack of criminal history.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 02/27/19                              /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES
                                              Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: 02/27/19 /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for March 4, 2019, is continued until August 26, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **February 27, 2019**

UNITED STATES DISTRICT JUDGE